UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY PAPAPIETRO, | 1:22-CV-01318-RPK-VMS |
| Plaintiff, | |
| -against- | |
| MICHAEL HOWARD CLOTT; BJORN KORITZ; JOHN MURRAY; JOHN SCHWARTZ; CHAD ADLER; JOSEPH SCHLAMOWITZ; CHRISTIAN DIPRETORO; MARCO CARIDI; STECKLER, GUTMAN, MORRISEY & MURRAY; CHARLES R. CUNEO; ALISA LIEBOWITZ; ERIN CLOTT; RYAN CLOTT; NATIONAL REALTY RECOVERY CO. LLC; NATIONAL RESIDENTIAL REALTY FUND, LLC; NATIONAL MORTGAGE RECOVERY GROUP; REALTY RECOVERY LLC; REAL ESTATE RECOVERY LLC; GRAND BANK, N.A. – CARNEGIE MORTGAGE; BANK OF AMERICA, N.A.% NEW REZ LLC., f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing; OCWEN LOAN SERVICING; and MTGLQ INVESTORS, LP and its successors, | NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT |
| Defendants. | |

**PLEASE TAKE NOTICE**, that upon the annexed affirmation of Marco Caridi, Esq., pro se, upon all the pleadings and proceedings heretofore had herein, the undersigned will move this Court at 225 Cadman Plaza East; Brooklyn, NY 11201 on the _____ day of _____, 2024, at 9:00 am, or as soon thereafter as counsel can be heard for an Order dismissing plaintiff's complaint and for such other and further relief as this Court may deem just and proper.

Dated: Brooklyn, NY　　　　　　　　　　**THE LAW OFFICE OF CARIDI, P.C.**
　　　　March 1, 2024

　　　　　　　　　　　　　　　　　　　*/s/　　Marco r. Caridi*
　　　　　　　　　　　　　　　　　　　Marco Caridi Esq.
　　　　　　　　　　　　　　　　　　　9809 4th Ave.
　　　　　　　　　　　　　　　　　　　Brooklyn, NY 11209
　　　　　　　　　　　　　　　　　　　(718) 921-2280
　　　　　　　　　　　　　　　　　　　Attorney for Defendants